*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015                519480
_____

In the Matter of the Claim of
    JEFFREY L. SKINNER,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  December 2, 2014

Before:  Peters, P.J., Garry, Devine and Clark, JJ.

                    _____

        Jeffrey L. Skinner, Buffalo, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Steven Koton of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 16, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because he voluntarily left his employment without good cause.

        Decision affirmed. No opinion.

        Peters, P.J., Garry, Devine and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court